IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAGUIRE INSURANCE AGENCY, INC. D/B/A PHILADELPHIA INSURANCE COMPANIES, <br>     Plaintiff, <br><br> v. <br><br> AMYNTA AGENCY, INC., PDP GROUP, INC. D/B/A AMYNTA SURETY SOLUTIONS, STEPHAN MAY, and CHRISTOPHER SPICHER, <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br> CIVIL ACTION <br> NO. 21-4664 |

**ORDER**

**AND NOW**, on this 17th day of December, 2021, it is **ORDERED** as follows:

1. The Court's Order of December 13, 2021 (ECF No. 35) is **VACATED**;

2. Defendants May and Spicher's Motion to Compel Arbitration or, in the alternative, to Dismiss for Improper Venue (ECF No. 26), considered as a Motion to Transfer to the Western District of Washington, is **GRANTED as follows:**

    a. The Court grants the motion solely as a Motion to Transfer to the Western District of Washington; and

    b. The Court reserves to the transferee court a decision on the Motion to Compel Arbitration;

3. Defendants Amynta Agency, Inc. and PDP Group, Inc.'s Motion to Dismiss for Improper Venue (ECF No. 27), also considered as a Motion to Transfer to the Western District of Washington, is **GRANTED**; and

1

2

4. The Clerk of Court is **DIRECTED** to transfer the above-captioned matter to the Western District of Washington.

_s/ANITA B. BRODY, J._

ANITA B. BRODY, J.

Copies **VIA ECF**